NO. 24-1162

| | |
|---|---|
| STUART PATRICK WILKINSON<br><br>VS.<br><br>TEXAS STATE UNIVERSITY AND<br>TEXAS STATE UNIVERSITY<br>SYSTEM | §<br>§<br>§<br>§<br>§<br>§ |

IN THE DISTRICT COURT

FILED IN
15th COURT OF APPEALS
HAYS COUAUSTIN, TEXAS

3/19/2025 11:23:21 AM
22nd DISTRICT COURT
CHRISTOPHER A. PRINE
Clerk

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: February 28, 2025

Type of Order (Interlocutory or Final): Order Denying Defendants' Plea to the Jurisdiction

Date Motion for New Trial Filed: N/A

Request for Findings of Fact and Conclusions of Law filed: N/A

Date Notice of Appeal Filed: March 18, 2025

Name of Judge who entered Judgment: Alicia Key

Name of court reporter: Ruby Castellija

Address of court reporter: ruby.castellija@co.hays.tx.us

Name of Attorney for Appellant: Rachel L. Behrendt        SB#: 24130871

Attorney Address: Po Box 12548, Capitol Station, Austin, TX. 78711
E-Mail Address: rachel.behrendt@oag.texas.gov

Name of Attorney for Appellee: David Junkin        SB#: 24007949
Attorney Address: 133 W. San Antonio, Suite 400, San Marcos, TX. 78666
E-Mail Address: david@mcglothlinlaw.com

Attorney on appeal (check applicable box): ☐ appointed   X retained   ☐ pro se

Statement of Inability to Afford Court Costs or Appeal Bond Filed: Yes: _____   No: __X__


**E-Mailed/Mailed Copy of Notice of Appeal and Statement of Inability to Afford Court Costs or Appeal Bond/Affidavit of Indigency, if applicable to:**

X        Fifteenth Court of Appeals
X        District Court Reporter

On___March 18, 2025_____        By:___M.S.___ (clerk's initials)